IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GRAHAM L. STOWE,

    Plaintiff,

    v.

GREGORY VAN RYBROEK, MEL CHRISTIANSEN, MELISSA PLUMLEY and KEVIN LAETSCH,

    Defendants.

Case No.  18-cv-321-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/21/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |